UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:21-cr-00041-JPH-DLP |
| ALBERT CHRIS PARTEE, | ) -01 |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Paul R. Cherry's Report and Recommendation and all findings therein, dkt. [21]. The Court now **ORDERS** that Albert Partee's supervised release is therefore **REVOKED**, dkt. [5], dkt. [13], and Mr. Partee is sentenced to the custody of the Attorney General or his designee for imprisonment of four months with no supervised release to follow. The Court recommends placement at FMC Lexington with an immediate evaluation for medical care.

**SO ORDERED.**

Date: 12/6/2021

Distribution:

All Electronically Registered Counsel

United States Probation Office

United States Marshal

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana